IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY FREDERICK**                                                                                              **PLAINTIFF**

v.                              Case No. 4:22-cv-00753- KGB

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY and**
**TRANSPORT WORKERS UNION OF**
**AMERICA LOCAL 514**                                                                                         **DEFENDANTS**

## ORDER

Before the Court is plaintiff Jerry Frederick's stipulation of dismissal of separate defendant Transport Workers Union of America Local 514 (Dkt. No. 10).  Mr. Frederick represents that he has been advised that separate defendant Hartford Life and Accident Insurance Company ("Hartford") is the appropriate defendant for purposes of defending the claims in his complaint and for the satisfaction of any judgment based thereupon (*Id.*).  Accordingly, Mr. Frederick stipulates to the dismissal of Transport Workers Union of America Local 514 (*Id.*).  The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For good cause shown, the Court adopts the stipulation of dismissal and dismisses Transport Workers Union of America Local 514 as a party to this action (Dkt. No. 10).  The Court denies as moot the pending motion to dismiss filed by Transport Workers Union of America Local 514 (Dkt. No. 8).

It is so ordered this 18th day of November, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge