IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JERRY FREDERICK**                                                                                              **PLAINTIFF**

v.                                      Case No. 4:22-cv-00753- KGB

**HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY**                                                                                  **DEFENDANT**

## ORDER

Before the Court is plaintiff Jerry Frederick and defendant Hartford Life and Accident Insurance Company's joint motion to extend the parties' deadline to submit the stipulated ERISA administrative record (Dkt. No. 18).[1] The parties represent that they have been diligently engaged in settlement discussions and desire to focus their efforts on settlement prior to expending significant additional resources on dispositive briefing (*Id.*, ¶ 2). Accordingly, the parties request a 45-day extension of the dispositive briefing deadlines (*Id.*, ¶ 3).

For good cause shown, the Court grants the joint motion (Dkt. No. 18). The Court extends the briefing schedule as follows:

1. Plaintiff's brief must be filed by March 20, 2023;

2. Defendant's brief must be filed by April 3, 2023;

3. A reply brief, if plaintiff wishes to file one, must be filed by April 10, 2023. No surresponses or surreplies will be allowed unless leave of the Court has been granted.

---

[1] By prior Order, the Court granted the parties' joint motion to file ERISA administrative record under seal and directed the parties to file under seal the stipulated administrative record no later than January 20, 2023 (Dkt. No. 17). Notwithstanding the fact that the present motion is styled as a "joint motion to extend the parties' deadline to submit the stipulated ERISA administrative record," the Court does not understand the parties to seek an extension of this now past deadline. To the extent the parties do seek an extension of time to submit the stipulated administrative record, the Court directs the parties to submit the stipulated record no later than 45 days after the initial deadline, which extended deadline is March 6, 2023.

It is so ordered this 1st day of February, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge